1  Marc V. Kalagian
   Attorney at Law: 149034
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420
3  Long Beach, CA 90802
   Tel.: (562)437-7006
4  Fax: (562)432-2935
   E-mail: rohlfing.kalagian@rksslaw.com
5
   Attorneys for Plaintiff
6  Juliet B Banua

7

8            **UNITED STATES DISTRICT COURT**

9            **CENTRAL DISTRICT OF CALIFORNIA**

10

11  JULIET B BANUA,                ) Case No.: 8:12-CV-00804 JCG
                                   )
12         Plaintiff,              ) {PROPOSED} ORDER AWARDING
                                   ) EQUAL ACCESS TO JUSTICE ACT
13    vs.                          ) ATTORNEY FEES AND EXPENSES
                                   ) PURSUANT TO 28 U.S.C. § 2412(d)
14  CAROLYN W. COLVIN,[1] Acting   ) AND COSTS PURSUANT TO 28
    Commissioner of Social Security,) U.S.C. § 1920
15                                 )
           Defendant               )
16  _____)

17
         Based upon the parties' Stipulation for the Award and Payment of Equal
18
    Access to Justice Act Fees, Costs, and Expenses:
19
    //
20
    //
21

22  _____

23  [1] Carolyn W. Colvin became the Acting Commissioner of Social Security on
    February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil
24  Procedure, Carolyn W. Colvin should be substituted, therefore, for Commissioner
    Michael J. Astrue as Defendant in this suit. No further action need be taken to
25  continue this suit by reason of the last sentence of section 205(g) of the Social
    Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the Acting
26  Commissioner as the Commissioner.

-1-

1    IT IS ORDERED that fees and expenses in the amount of $3,500.00 as
2 authorized by 28 U.S.C. § 2412 and costs in the amount of $60.00 as authorized by
3 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.
4 DATE:  May 28, 2013

_____
THE HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE